AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JIMMY LEE JONES,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

    V.

CASE NUMBER: CV615-109

FNU LEWIS; FNU GAY; FNU DAVIS; AMBER ANDERSON; and FNU CLERK,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on February 4, 2016, the Report and Recommendation of this Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, this civil action is DISMISSED and stands CLOSED.



February 4, 2016
Date

Scott L. Poff
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/1/03